# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **REFLECTION WINDOW & WALL, LLC**, | )<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No.: 1:22-cv-03509<br>)<br>) Honorable Judge Robert W. Gettleman |
| **TALON WALL HOLDINGS, LLC, ENTEKK GROUP, LTD., CHICAGO HEIGHTS GLASS, INC., AND KURT LEVAN**, | )<br>) Honorable Jeannice W. Appenteng,<br>) Magistrate Judge<br>)<br>) |
| *Defendants*. | )<br>) |
| **TALON WALL HOLDINGS, LLC, ENTEKK GROUP, LTD., CHICAGO HEIGHTS GLASS, INC., AND KURT LEVAN**, | )<br>)<br>)<br>) |
| *Counter-Plaintiffs/Third-Party Plaintiffs*, | )<br>)<br>) |
| v. | )<br>) |
| **REFLECTION WINDOW & WALL, LLC, AND JOEL PHELPS**, | )<br>)<br>) |
| *Counter-Defendant and Third-Party Defendant*. | )<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant, Reflection Window & Wall, LLC and Third-Party Defendant, Joel Phelps, on the one hand (the "Reflection Parties"), and Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, Talon Wall Holdings, LLC, Entekk Group, Ltd., Chicago Heights Glass, Inc., and Kurt LeVan on the other hand, the ("CHG Parties"), by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to the terms of a settlement by and between the parties, the Reflection Parties and CHG

Parties do hereby stipulate to the dismissal with prejudice of any and all claims and counterclaims asserted in the captioned matter, with each of the parties to bear their own costs and attorneys' fees incurred in connection with this litigation.

Dated: October 8, 2024

Respectfully submitted,

| | |
|---|---|
| **Reflection Window & Wall, LLC**, *Plaintiff/Counter-Defendant*; Joel Phelps, *Third-Party Defendant* | **Talon Wall Holdings, LLC, Entekk Group, Ltd., Chicago Heights Glass, Inc., and Kurt LeVan.**, *Defendants/Counter-Plaintiffs* |
| */s/ George J. Spathis* <br> One of their Attorneys | */s/ Scott Nehls* <br> One of their Attorneys |
| George J. Spathis (#6204509) <br> **LEVENFELD PEARLSTEIN, LLC** <br> 120 S. Riverside Plaza, Suite 1800 <br> Chicago, IL 60606 <br> T: 312-346-8380 <br> gspathis@lplegal.com | David R. Buetow (#6228923) <br> Scott Nehls (#6290318) <br> Alex C. Wimmer (#6310508) <br> **FUCHS & ROSELLI, LTD.** <br> 200 S. Wacker, Suite 600 <br> Chicago, Illinois 60606 <br> T: (312) 651-2400 <br> dbuetow@frltd.com <br> snehls@frltd.com <br> awimmer@frltd.com |

## **CERTIFICATE OF SERVICE**

I, George J. Spathis, an attorney, hereby certify that on October 8, 2024, I caused a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ George J. Spathis*