## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Reflection Window & Wall, LLC

                Plaintiff,

v.                                        Case No.: 1:22−cv−03509
                                                 Honorable Robert W. Gettleman

Talon Wall Holdings, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [167] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case id dismissed with prejudice. The parties are to bear their own costs and attorneys' fees in connection with this litigation. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.